1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VALERIANO SAUCEDO,                          Case No.  1:22-cv-01584-HBK

12              Plaintiff,                        ORDER GRANTING IN PART
                                                  DEFENDANT'S EX PARTE MOTION FOR
13        v.                                      AN ENLARGEMENT OF TIME

14    EXPERIAN INFORMATION                        FEBRUARY 6, 2023 DEADLINE
      SOLUTIONS, INC.,
15                                                (Doc. No.  5)
                Defendant.
16

17          Defendant Experian Information Solutions filed an ex parte application to extend time to

18    respond to Complaint on January 4, 2023.   (Doc. No. 5).   Plaintiff filed a response in opposition

19    that same day. (Doc. No. 6).

20          Federal Rule of Civil Procedure 6(b) provides for extending deadlines for good cause

21    shown, if the request to extend time is made before the original time, or its extension expires; or,

22    on a motion made after the time has expired, if the party failed to act because of excusable

23    neglect.  Plaintiff timely filed the instant motion and has shown good cause for the extension of

24    time.  Notably, a review of the docket reveals Plaintiff filed the Complaint on December 8, 2022,

25    and Defendants received service of process on December 19, 2022.  (Doc. No. 4).  There were

26    two recognized, intervening federal holidays following the date of service of process.   This case

27    is a class action, which by their nature are deemed complex civil actions.

28          Despite Plaintiff not stipulating to the proposed 30-day extension, the Court encourages

1   "civility and mutual respect among members of the bar that ought to encourage attorney consent

2   to one another's reasonable, nonprejudicial, good faith extension requests." *Federal Civil Rules*

3   *Handbook*, Rule 6(b) at 327-328 (2023) (citing *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253,

4   1263 (9th Cir. 2010).  Defendant fails to explain how a 30-day extension of time is unreasonable,

5   prejudicial or not made in good faith.  Further, this Court's Local Rules recognize that the parties

6   may stipulate to a 28-day extension of time without court approval.  Local Rule 144(a)(E.D. Cal.

7   2022).  Thus, the Court finds good cause to grant Defendant the twenty-eight day extension of

8   time already deemed reasonable by this Court.

9          Accordingly, it is **ORDERED**:

10          1.  Defendant's motion for an extension of time (Doc. No. 5) is GRANTED in part.

11          2.  Defendant shall file a response to the Complaint **no later than February 6, 2023**,

12   absent further motion and good cause shown.

13

14   Dated:    January 9, 2023

15                                                              HELENA M. BARCH-KUCHTA
                                                                UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

2