1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VALERIANO SAUCEDO,                              Case No.  1:22-cv-01584-KES-HBK

12                    Plaintiff,                      ORDER DENYING WITHOUT PREJUDICE
                                                      STIPULATED PROTECTIVE ORDER
13            v.
                                                      (Doc. No. 27)
14    EXPERIAN INFORMATION
      SOLUTIONS, INC.,
15
                      Defendant.
16

17           Pending before the Court is the parties' request for approval of the proposed stipulated

18    protective order filed on November 20, 2024.  (Doc. No. 27).  The Court denies the request,

19    without prejudice, because the proposed protective order does not comply with the Court's Local

20    Rules.

21           More specifically, the proposed protective order does not define exactly what materials

22    are protected.  Notably, the term "CONFIDENTIAL" is defined as follows:

23                  'CONFIDENTIAL' Information or Items:  information (regardless
                    of how it is generated, stored or maintained) or tangible things that
24                  qualify for protection under Federal Rule of Civil Procedure 26(c).

25    (Doc. No. 27 at ¶ 2.2).  Similarly, "PROTECTED MATERIAL" is defined as "any Disclosure or

26    Discovery Material that is designated as "CONFIDENTIAL.'"  (Id. at ¶ 2.13).  Such language is

27    too broad and not compliant with the local rules.  Specifically, Eastern District of California

28    Local Rule 141.1(c) requires that every proposed protective order contain the following:

1   [a] description of the types of information eligible for protection
    under the order, **with the description provided in general terms**
2   **sufficient to reveal the nature of the information** (e.g., customer
    list, formula for soda, diary of a troubled child); (2) [a] showing of
3   particularized need for protection as to each category of information
    proposed to be covered by the order; and (3) [a] showing as to why
4   the need for protection should be addressed by a court order, as
    opposed to a private agreement between or among the parties."
5   (paragraph breaks omitted.)

6   Eastern District of California Local Rule 141.1(c) (emphasis added).

7        The proposed protective order fails to comply with Local Rule 141.1(c).  The parties have

8   included a catchall description of "Confidential Information of Items."  The Court cannot glean

9   from this catchall description "the types of information" or "nature of the information" sought to

10  be protected under Local Rule 141.1(c)(1).  Further, the parties also have not made a showing of

11  particularized need for protection as to each category or explained why a court order is necessary,

12  as opposed to a private agreement between the parties.  *Id*.

13       Accordingly, it is **ORDERED**:

14       The parties' request for approval of the proposed stipulated protective order (Doc. No. 27)

15  is DENIED, without prejudice, to refiling a stipulated protective order that complies with Local

16  Rule 141.1(c).

17

18  Dated:    November 22, 2024

19                                                    HELENA M. BARCH-KUCHTA
                                                      UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

2